# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFAF H. DOE, AISHA DOE, AKONDIP B. DOE, ALBA C.M. DOE, ANASTASIIA V. DOE, ANDREY DOE, ANEL DOE, ANJELIKA DOE, AWAIS DOE, BIZUMUREMYI DOE, CRUZ M.T. DOE, DEVYREL DOE, FABIANO T.R. DOE, GLORIA B. DOE, GUILHERME DOE, GURGEN DOE, HAJRA DOE, HENRIQUE C.A. DOE, HIBA DOE, HOSAM O.M. DOE, IULIIA DOE, JAVERIA DOE, JENNIFER K. DOE, JOHANNA C. DOE, KSENIIA V. DOE, LUJAIN DOE, MARCEL A. DOE, MEKEDES W. DOE, MICHELLE C.C. DOE, MOHAMED A.E. DOE, MUHAMMAD F. DOE, MUTABAZI J. DOE, NASSER E.E. DOE, OSHANE A. DOE, OUMAIMA DOE, PRIYANKA DOE, RATIFA DOE, ROBIN J. DOE, SELDI DOE, SHADLIA DOE, SHAFQAT DOE, SHAKHNOZA DOE, SOFIIA DOE, SREYCHAN DOE, SYEDA F. DOE, TEHSEEN U. DOE, TIMUR DOE, WALTER A.C. DOE, YASMINE DOE<br> Plaintiffs.<br><br>v.<br>UNITED STATES DEPARTMENT OF STATE,<br><br>MARCO RUBIO, *in his official capacity as Secretary of the Department of State*<br> Defendants. | Civil Action No.  1:26-cv-1270 |

## MOTION FOR ADMISSION PRO HAC VICE

I, Jessica A. Dawgert, am a member in good standing of the bar of this Court and the attorney of record for the Plaintiffs in the above captioned case. My bar number is 985790. Pursuant to LCvR 83.2(c), I move for the admission of Dana M. Camilleri to appear pro hac vice in this case as counsel for the Plaintiffs in this case. Dana M. Camilleri is a member of the bar of Virginia. I have verified that Dana M. Camilleri is a member in good standing of the bars to which the attorney is admitted, and the attorney's signed LCvR 83.2(c)(2) certification is attached to this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting

Dana M. Camilleri as co-counsel for Plaintiffs in the above-captioned case.

April 15, 2026

Respectfully Submitted,

*/s/ Jessica A. Dawgert*

JESSICA A. DAWGERT, DC Bar 985790
Ariela Lake Law & Consulting, PLLC
3355 Hudson St. #7098
Denver, CO 80207
303-535-2203
jess@allc.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2026, this Motion for Admission Pro Hac Vice

was served via electronic delivery to counsel of record through the CM/ECF system and will

include a copy of this motion in the paper copies served on Defendants.

April 15, 2026

Respectfully Submitted,

*/s/ Jessica A. Dawgert (DC Bar 985790)*

JESSICA A. DAWGERT
Ariela Lake Law & Consulting, PLLC
3355 Hudson St. #7098
Denver, CO 80207
303-535-2203
jess@allc.law

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

AFAF H. DOE et al.
_____
Plaintiff(s)                                          )
                                                      )
                                                      )
                                                      )
vs.                                                   )    Case Number:
                                                      )
UNITED STATES DEPARTMENT OF STATE et al.              )
_____                       )
Defendant(s)                                          )

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Dana M. Camilleri

2. State bar membership number: 76568

3. Business address, telephone and fax numbers:

   235 Mamaroneck Avenue, Suite 202 White Plains, NY 10605; 914-898-9488

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: Virginia, First Circuit Court of Appeals, Second Circuit Court of Appeals, Fourth Circuit Court of Appeals, Seventh Circuit Court of Appeals, Ninth Circuit Court of Appeals, the Tenth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, and the U.S. District Court for the District of Colorado.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐     No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?     Yes ☐     No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

### (CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

April 15, 2026
_____
DATE

_____
SIGNATURE OF ATTORNEY

2

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **DANA MICHELLE CAMILLERI** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **DANA MICHELLE CAMILLERI** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 16, 2008**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued April 14, 2026

DaVida M. Davis
**Director of Regulatory Compliance**